UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| GNO REAL ESTATE HOLDINGS, LLC d/b/a NOLA LIVING REALTY | CIVIL ACTION NO.  17-cv-05321-SM-KWR |
| Plaintiff | JUDGE SUZIE MORGAN |
| v. | MAGISTRATE JUDGE KAREN WELLS ROBY |
| GALIANO REALTY, LLC D/B/A NICK GALIANO REALTY AND NICK GALIANO, individually | SECTION "E" (4) |
| Defendants | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to FED. R. CIV. P. 4(a)(1)(A)(ii), the parties, GNO Real Estate Holdings, LLC, Galiano Realty, LLC, and Nick Galiano and their counsel, hereby stipulate that the above-captioned action has been settled, and GNO Real Estate Holdings, LLC voluntarily dismisses, with prejudice, all claims against defendants Galiano Realty, LLC and Nick Galiano, each party bearing its own costs and fees.

Respectfully submitted this 19th day of July, 2017,

/s/ Kent Barnett
Gregory D. Latham, LA Bar No. 25955, T.A.
Kent Barnett, LA Bar No. 33002
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
glatham@iplawconsulting.com
kbarnett@iplawconsulting.com

*Attorneys for GNO Real Estate Holdings, LLC*

        and

        /s/ Matthew S. Smith
        Matthew S. Smith, LA Bar No. 36761
        7214 St. Charles Avenue, Box 913
        New Orleans, LA 70118
        Telephone: (504) 864-7862
        Facsimile: (504) 861-5986
        Email: MattSmithLawLLC@gmail.com

        *Attorney for Mr. Galiano and Galiano Realty, LLC*

## Certificate of Service

I certify that on this 19th day of July, 2017, all counsel of record who have consented to electronic service are being served with a copy of this Joint Stipulation of Voluntary Dismissal via the Court's CM/ECF System.

        /s/ Kent Barnett
          Kent Barnett